# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

ERIC McENTARFER,

          Plaintiff,

   v.

JILL C. SWEESY, GABRIELLE
BOLIOU, JUSTIN SEAMONS, and
MONICA BANSAL,

          Defendants.

Case No. 1:26-cv-00322-BLW

**INITIAL REVIEW ORDER
BY SCREENING JUDGE**

This case is a duplicate of another case of the same name pending before this Court, Case No. 1:26-cv-00306-BLW. Therefore, **IT IS ORDERED** that this entire case is DISMISSED and the Application to Proceed in Forma Pauperis (Dkt. 1) is DENIED as MOOT.

DATED: August 5, 2026

B. Lynn Winmill
U.S. District Court Judge